DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Pompano Masonry Corp. v. HDR Architecture, Inc.<br><br>Case Below:<br>165 N.C. App. 401 | No. 450PA04 | Def Appellant's (with consent of Plt) Consent Motion to Withdraw Appeal (COA03-43) | Allowed<br>**03/09/05** |
| State v. Ayala<br><br>Case Below:<br>165 N.C. App. 544 | No. 443P04 | 1. Def's NOA (Constitutional Question COA03-1449)<br><br>2. AG's Motion to Dismiss Appeal<br><br>3. Def's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 04/06/05<br><br>3. Denied 04/06/05 |
| State v. Chapman<br><br>Case Below:<br>Johnston County Superior Court | No. 146A02 | Def's Motion to Dissolve Hold of Decision (Johnston County) | Dismissed as moot 04/06/05 |
| State v. Crawford<br><br>Case Below:<br>167 N.C. App. 777 | No. 080P05 | Def's PDR Under N.C.G.S. § 7A-31 (COA04-286) | Denied 04/06/05 |
| State v. Davis<br><br>Case Below:<br>168 N.C. App. 321 | No. 133P05 | 1. AG's Application for Stay of Execution of the Mandate (COA03-1718)<br><br>2. AG's Petition for Writ of Supersedeas<br><br>3. AG's PDR Under N.C.G.S. § 7A-31 | 1. Denied **04/04/05**<br><br>2. Denied 04/06/05<br><br>3. Denied 04/06/05 |
| State v. Dennison<br><br>Case Below<br>163 N.C. App. 375 | No. 179A04 | Def's Motion for Temporary Stay of the Mandate, for Withdrawal and Correction of Opinion, and for Other Relief | Denied **03/22/05** |
| State v. Dyson<br><br>Case Below:<br>165 N.C. App. 648 | No. 470P04 | Def's PDR (COA03-1046) | Denied 04/06/05 |
| State v. Ewell<br><br>Case Below:<br>168 N.C. App. 98 | No. 108P05 | AG's PDR Under N.C.G.S. § 7A-31 (COA04-372) | Denied 04/06/05 |
| State v. Ford<br><br>Case Below:<br>162 N.C. App. 722 | No. 539P03-2 | Def's PWC to Review Decision of COA (COA03-140) | Denied 04/06/05 |